**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| Fred Freeman, ) | C/A No. 9:12-cv-3280 DCN BM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| John R. Pate, Warden; Captain DeLoach; ) | |
| Doctor Thomas E. Byrnes; Jamie D. ) | |
| Spalding, Nurse; Pamela C. Derrick, Nurse ) | |
| Director; Tina G. Thames, Nurse; Allison ) | |
| Atkinson, Nurse; and South Carolina ) | |
| Department of Corrections, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The above referenced case is before this court upon the magistrate judge's recommenda-

tion that plaintiff's Motion for Default Judgment against defendant Thames be denied.

This court is charged with conducting a de novo review of any portion of the magistrate

judge's report to which a specific  objection is registered, and may accept, reject, or modify, in

whole or in part, the recommendations contained in that report.   28 U.S.C. § 636(b)(1).

However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend

for the district court to review the factual and legal conclusions of the magistrate judge.  Thomas

v Arn, 474 U.S. 140 (1985).  Additionally, any party who fails to file timely, written objections

to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those

objections at the appellate court level.  United States v. Schronce, 727 F.2d 91 (4th Cir. 1984),

cert. denied, 467 U.S. 1208 (1984 ).[1]    **Objections to the magistrate judge's report and**

_____

[1]In Wright v. Collins, 766 F.2d 841 (4th Cir. 1985), the court held "that a pro se litigant
must receive fair notification of the consequences of failure to object to a magistrate judge's
report before such a procedural default will result in waiver of the right to appeal.  The notice

**recommendation were timely filed on July 9, 2013.**

A <u>de novo</u> review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law.  Accordingly, the magistrate judge's Report and Recommendation is **AFFIRMED,** and plaintiff's Motion for Default Judgment against defendant Thames is **DENIED**.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

July 31, 2013
Charleston, South Carolina

### *NOTICE OF RIGHT TO APPEAL*
The parties are hereby notified that any  right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure

---

must be 'sufficiently understandable to one in appellant's circumstances fairly to appraise him of what is required.'"  <u>Id.</u> at 846.  Plaintiff was advised in a clear manner that his objections had to be filed within ten (10) days, and he received notice of the <u>consequences</u> at the appellate level of his failure to object to the magistrate judge's report.